■ In the Matter of ELSIE J. SMITH, Appellant, v LUM SMITH, Respondent. (Appeal No. 3.) [595 NYS2d 278] —Order unanimously reversed on the law with costs and matter remitted to Erie County Family Court for further proceedings in accordance with the following Memorandum: In dismissing the petition to enforce the order of Supreme Court in a divorce action that granted child support and maintenance pendente lite, Family Court cited *Weaver v Weaver* (72 AD2d 221). *Weaver* was a proceeding brought after the granting of the judgment of divorce to hold defendant in contempt for failing to obey the temporary order of alimony and child support. Contrary to Family Court's determination, the court "may enforce a pendente lite order granting maintenance or child support by granting leave to enter a money judgment for arrears pursuant to Domestic Relations Law § 244, even where the application for such relief is made after the entry of the final judgment in the matrimonial action * * * This rule must be distinguished from the rule which precludes enforcement of a pendente lite order by way of civil contempt after the termination of the matrimonial action" *(Patricia Lynn N. v Vincent Michael N.,* 152 AD2d 547, 548, citing *Weaver v Weaver, supra,* and others).

We remit the matter to Family Court for the determination of any motions pending at the time of dismissal and for a hearing on the petition. (Appeal from Order of Erie County Family Court, LoRusso, J.—Child Support and Maintenance.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ In the Matter of ELSIE J. SMITH, Appellant, v LUM SMITH, Respondent. (Appeal No. 4.) [595 NYS2d 356] —Order unanimously affirmed without costs. Memorandum: The Hearing Examiner properly denied petitioner's application for upward modification of the child support provisions of a divorce decree. Petitioner failed to demonstrate a change in circumstances warranting the increase in the best interests of the child *(see, Matter of Michaels v Michaels,* 56 NY2d 924, 926). Particularly, petitioner failed to show the expenses necessary to maintain the child since the date of the divorce decree. (Appeal from Order of Erie County Family Court, LoRusso, J.—Child Support and Maintenance.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.